NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


DANETTE BENSEN,                                    )
                                                   )
        Appellant,                              )
                                                   )
v.                                                 )          Case No. 2D16-5165
                                                   )
DANNY ELLIS, BETSY INGRAHAM,                       )
and DANNY ELLIS, LLC, a Florida                    )
Limited Liability Company,                         )
                                                   )
        Appellees.                              )
_____                )

Opinion filed April 18, 2018.

Appeal from the Circuit Court for Pinellas
County; Jack R. St. Arnold, Judge.

Grayden Dough of Grayden M. Dough,
PA, Port Richey; and Candice Rojas of
Law Office of Luke Lirot, PA, Clearwater
for Appellant.

Nancy S. Paikoff and Todd A. Jennings
of MacFarlane Ferguson & McMullen,
Clearwater, for Appellees Danny Ellis and
Danny Ellis, LLC.

No appearance for remaining appellee.


PER CURIAM.

        Affirmed.


CASANUEVA, SALARIO, and BADALAMENTI, JJ., Concur.